UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>    Petitioner,<br><br>  v.<br><br>SATAN THE DEVIL, ET AL., TERRI MCDONALD, CHIEF PROBATION DEPUTY, LA COUNTY,<br><br>    Respondents. | No. CV 19-6623-SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 13, 2019

                                                  STEPHEN V. WILSON<br>
                                          United States District Judge